JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS OLVERA GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | Case No. EDCV 13-1825-RGK (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 4, 2013

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge